UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, | No. 2:21-cv-0875 AC P |
| Plaintiff, | |
| v. | ORDER |
| T. PADGETT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Instead, plaintiff has filed a letter which the court construes as a request for an application to proceed in forma pauperis. See ECF No. 2.

The request will be granted. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

2. Plaintiff's request for an application to proceed in forma pauperis (ECF No. 2) is GRANTED, and

3. Within thirty days of the date of this order, plaintiff shall submit an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: May 25, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE