UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PATRICK GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>T. PADGETT, et al.,<br><br>Defendants. | No. 2:21-cv-0875 AC P<br><br><br><br>ORDER |

Plaintiff has filed two requests asking the court to permit him to file pleadings in excess of twenty-five-pages. ECF Nos. 10, 12. Specifically, he is asking for permission to file a thirty-six-page amended complaint. ECF No. 10 at 2; ECF No. 12 at 2. His current complaint is twenty-seven pages in length, and it has eighty-one pages of attachments. See generally ECF No. 1.

The motions will be denied. The standing orders for this chambers limit the page number of initial pleadings to twenty. Despite this fact, and without having been given permission to do so, plaintiff has already exceeded that page limit with a twenty-seven-page pleading. In addition, Federal Rule of Civil Procedure 8 requires that pleadings only contain "a short and plain statement of the claim" which shows that the pleader is entitled to relief.[1] Fed. R. Civ. P. 8(a)(2). For these reasons, both motions will be denied.

---

[1] This court's Civil Rights Complaint By A Prisoner form, which plaintiff did not use, is only six pages in length. Although the form may be supplemented with additional pages, and does not itself establish any page limit, it illustrates what is required to present a "short and plain statement of the claim."

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to file pleadings in excess of twenty-five pages (ECF Nos. 10, 12) are DENIED.

DATED: March 24, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE