UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. PADGETT, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0875 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pending before the Court are three motions filed by plaintiff. ECF Nos. 13-15. In one of the motions, plaintiff seeks to proceed in forma pauperis. This request will be denied as moot because plaintiff has already paid the filing fee in full. Plaintiff also asks that the Court move forward with screening his complaint. Plaintiff's motions in this regard will be granted, and his complaint will be screened in due course.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 13) is DENIED as moot;

2. Plaintiff's motions to move the case forward (ECF Nos. 14-15) are GRANTED.

DATED: March 31, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE