UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PATRICK GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>T. PADGETT, et al.,<br><br>Defendants. | No. 2:21-cv-00875-TLN-AC<br><br>**ORDER** |

Plaintiff William Patrick Garcia ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 20.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full; and

2. The claims against Vanni, Geringer, Covello, Tyler, Holmes, Stacy, Pedersen,

Mulford, Rhode, Santos, Naguchi, Rodriguez de Ayala, Sackett, and Kassis are dismissed without prejudice;

    3. The Clerk of the Court terminates these defendants from the docket; and

    4. The First Amendment retaliation, due process, and conspiracy claims against Padgett are dismissed without prejudice.

    IT IS SO ORDERED.

Date: February 12, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE